US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 15 2020

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 6:20CR 60001-001 |
| v. | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| IAN RHODES | ) 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about May 30, 2019, in the Western District of Arkansas, Hot Springs Division, the Defendant, **IAN RHODES**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess any one or more of the following firearms: Taurus, model 740, 9mm caliber pistol, serial number SLM903396; MKA, model 1919, 12 gauge shotgun, with unknown serial number, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A True Bill.

DUANE (DAK) KEES
UNITED STATES ATTORNEY

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

By: _____
David A. Harris
Assistant U.S. Attorney
Arkansas Bar No. 2003104
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail: david.a.harris@usdoj.gov

1